UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RODERICO LECOUNT YATES,

Plaintiff,

v.

HDSP DIRECTOR OF NURSING,

Defendant.

Case No.: 2:23-cv-02008-CDS-NJK

**ORDER**

On December 5, 2023, *pro se* plaintiff Roderico Yates, an inmate in the custody of the Nevada Department of Corrections, submitted a complaint under 42 U.S.C. § 1983.  Docket No. 1-1.  Plaintiff has neither paid the full $405 filing fee nor applied to proceed *in forma pauperis* in this action.  *See* Docket Nos. 1, 1-2 at 3 (Plaintiff submitted merely an incomplete financial certificate).

The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a).  The fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." LSR 1-1.  For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)–(2); LSR 1-2.  *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments.  *See* 28 U.S.C. § 1915(b).

Accordingly, for the reasons stated above,

IT IS ORDERED that, no later than **February 9, 2024**, Plaintiff must either pay the full $405 filing fee or file a new fully complete application to proceed *in forma pauperis* with all three required documents: a completed application with the inmate's two signatures on page 3; a completed financial certificate that is signed both by the inmate and the prison or jail official; and a copy of the inmate's trust fund account statement for the previous six-month period.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

The Clerk of the Court is **INSTRUCTED** to send Plaintiff the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same and retain the complaint and exhibits, Docket Nos. 1-1, 1-2, but not file them at this time.

IT IS SO ORDERED.

DATED:   December 11, 2023.


NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE