UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RODERICO LECOUNT YATES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HDSP,<br><br>　　　　　Defendant. | Case No.: 2:23-cv-02008-CDS-NJK<br><br>**ORDER** |

On December 11, 2023, the Court ordered Plaintiff to either pay the full $402 filing fee or file with the Court a fully complete application to proceed *in forma pauperis* by February 9, 2024. Docket Nos. 3. That deadline expired and Plaintiff has neither paid the filing fee nor filed an application to proceed *in forma pauperis*. Plaintiff instead filed several motions and documents, including a notice that the Court incorrectly listed the defendant as HDSP instead of "Director of Nursing HDSP." Docket No. 6. None of these documents explains why Plaintiff failed to comply with the Court's order. *See* Docket Nos. 4, 5, 6, 7, 8, 9, 10. However, out of an abundance of caution, the Court will grant Plaintiff a final extension of time to either pay the required filing fee or file an application to proceed *in forma pauperis*.

Accordingly, for the reasons stated above,

IT IS ORDERED that, no later than **April 11, 2024**, Plaintiff must either pay the full $402 filing fee or file a fully complete application to proceed *in forma pauperis* with all three required documents: a completed application with the inmate's two signatures on page 3; a completed financial certificate that is signed both by the inmate and the prison or jail official; and a copy of the inmate's trust fund account statement for the previous six-month period.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice. A dismissal without prejudice allows

Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can either pay the required filing fee or apply for *in forma pauperis* status.

The Clerk of the Court is **INSTRUCTED** to resend Plaintiff Roderico Yates the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same.

The Clerk of the Court is **FURTHER INSTRUCTED** to update the docket to reflect that the defendant is "Director of Nursing HDSP."

IT IS SO ORDERED.

DATED:   February 29, 2024.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE