# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RODERICO LECOUNT YATES, | Case No.: 2:23-cv-02008-CDS-NJK |
| Plaintiff, | **Order Setting Response Deadline** |
| v. | (Docket No. 40) |
| DIRECTOR OF NURSING HDSP, *et al.*, | |
| Defendants. | |

This is a civil-rights lawsuit by state prisoner Roderico Yates. The Court has entered orders screening Plaintiff's second amended complaint, allowing an Eighth Amendment medical-indifference claim to proceed, staying this action for 90 days with limited exceptions, and referring it to the Court's inmate mediation program. Docket Nos. 32, 37. Plaintiff filed a motion stating that his "legal and communication skills are very low" and asking that inmate Richard Iden, #72954, be allowed to "accompany" him to the mediation scheduled for April 4, 2025. Docket No. 40. Non-attorney individuals cannot represent or advise Plaintiff during the mediation conference. However, because Plaintiff raises his ability to communicate as a potential issue for the conference, the Court will provide Interested Party Nevada Department of Corrections ("NDOC") an opportunity to respond to Plaintiff's motion if it wishes to do so.

Accordingly, for the reasons stated above,

IT IS ORDERED that, no later than **March 20, 2025**, NDOC may file a response to Plaintiff's motion seeking to have an inmate helper present during the mediation conference. Docket No. 40. Plaintiff may **not** file a reply.

IT IS SO ORDERED.

DATED: March 13, 2025

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE