# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RODERICO LECOUNT YATES,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DIRECTOR OF NURSING HDSP, *et al.*,<br><br>　　　　　　Defendants. | Case No.: 2:23-cv-02008-CDS-NJK<br><br>**Order Granting Motion**<br>(Docket No. 40) |

　　　　Plaintiff Roderico Yates filed a notice stating that his communication skills are low and requesting that fellow inmate Richard Iden, #72954, be present to help him communicate during the mediation conference scheduled for April 4, 2025. Docket No. 40. Interested Party Nevada Department of Corrections ("NDOC") timely responded with a notice of non-opposition in which it "takes no position" on the motion's merits. Docket No. 43.

　　　　Accordingly, for the reasons stated above,

　　　　IT IS ORDERED that the motion for inmate assistance during the mediation conference, Docket No. 40, is **GRANTED**. Plaintiff is permitted to have inmate Richard Iden, #72954, present during the mediation conference for the limited purpose of communicating Plaintiff's words.

　　　　IT IS FURTHER ORDERED that Richard Iden may not represent or advise Plaintiff during the conference.

　　　　IT IS FURTHER ORDERED that Richard Iden is subject to LR 16-5's requirement that "no disclosure may be made to anyone, including the judicial officer to whom the case is assigned, of any confidential dispute-resolution communication that reveals the parties' dispute-resolution positions or the evaluating magistrate judge's advice or opinions."

　　　　IT IS FURTHER ORDERED that NDOC will make the appropriate arrangements to effectuate this accommodation.

/ / /

/ / /

The Clerk of the Court will send Richard Iden, #72954, a courtesy copy of this order by sending the same to Ely State Prison's law library.

IT IS SO ORDERED.

DATED: April 1, 2025

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE