UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RODERICO LECOUNT YATES,<br><br>    Plaintiff,<br><br>v.<br><br>DIRECTOR OF NURSING HDSP, et al.,<br><br>    Defendants. | Case No. 2:23-cv-02008-CDS-NJK<br><br>**ORDER** |

This action began with a *pro se* civil rights complaint filed under 42 U.S.C. § 1983 by a state prisoner. Plaintiff has paid the full filing fee for this action. Docket No. 17. On February 12, 2025, the Court imposed a stay and ordered the parties to mediate with a court-appointed mediator. Docket No. 32. A settlement was not reached. *See* Docket No. 45.

Accordingly, for the reasons stated above, IT IS ORDERED that:

1. Service of Plaintiff's operative complaint on defendants must be accomplished no later than **July 7, 2025**.

2. The Clerk of Court will electronically **SERVE** a copy of this Order, the Screening Order, Docket No. 32, and a copy of Plaintiff's Second Amended Complaint, Docket No. 31, on the Office of the Attorney General of the State of Nevada by adding the Attorney General to the docket sheet. This does not indicate acceptance of service.

3. Subject to the findings of the Screening Order, Docket No. 32, no later than **April 28, 2025**, the Attorney General's Office must file a notice advising the Court and Plaintiff of: (a) the names of the defendants for whom it accepts service, (b) the names of the defendants for whom it does not accept service, and (c) the names of the defendants for whom it is filing the last-known-address information under seal. As to any of the named defendants for whom the Attorney General's Office cannot accept service, the Attorney General's Office must file, under seal, but will not serve the inmate Plaintiff the last known address(es) of those defendant(s) for whom it has such information. If the last known address of the defendant(s) is a post office box, the Attorney

General's Office must attempt to obtain and provide the last known physical address(es).

4. If service cannot be accepted for any of the named defendant(s), Plaintiff must file a motion identifying the unserved defendant(s), requesting issuance of a summons, and specifying a full name and address for the defendant(s). For the defendant(s) for whom the Attorney General's Office cannot provide last-known-address information, Plaintiff must provide the full name and address, if known, for the defendant(s).

5. If the Attorney General's Office accepts service of process for any named defendant(s), such defendant(s) must file and serve an answer or other response to Plaintiff's Second Amended Complaint, Docket No. 31, no later than **June 6, 2025**.

6. Plaintiff must serve upon defendant(s) or, if an appearance has been entered by counsel, upon their attorney(s), a copy of every pleading, motion or other document submitted for the Court's consideration. Plaintiff must include with the original document submitted for filing a certificate stating the date that a true and correct copy of the document was mailed or electronically filed to the defendants or counsel for the defendants. If counsel has entered a notice of appearance, Plaintiff must direct service to the individual attorney named in the notice of appearance, at the physical or electronic address stated therein. The Court may disregard any document received by a district judge or magistrate judge that has not been filed with the Clerk or fails to include a certificate showing proper service.

7. This case is no longer stayed.

IT IS SO ORDERED.

DATED: April 7, 2025

_____
Nancy J. Koppe
United States Magistrate Judge