# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Roderico LeCount Yates,<br>    Plaintiff,<br>v.<br>Jaymie Cabrera,<br>    Defendants. | Case No. 2:23-cv-02008-CDS-NJK<br><br>**Order**<br><br>[Docket No. 59] |

Pending before the Court is Plaintiff's motion to extend the discovery cutoff. Docket No. 59. Defendant must file a response by September 15, 2025. In addition to addressing whether an extension is warranted, Defendant's response must identify with specificity any discovery efforts that Defendant has undertaken or must certify that Defendants have conducted no discovery.

IT IS SO ORDERED.

Dated: September 10, 2025

_____
Nancy J. Koppe
United States Magistrate Judge