# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Roderico LeCount Yates,

    Plaintiff(s),

v.

Jaymie Cabrera,

    Defendant(s).

Case No. 2:23-cv-02008-CDS-NJK

**ORDER**

[Docket Nos. 72, 73]

On January 5, 2026, Plaintiff filed a third amended complaint against 43 defendants. Docket No. 71.[1] Defendant Cabrera filed a motion to strike that third amended complaint as being filed without obtaining judicial leave, Docket No. 72, as well as an alternative motion to extend time to respond to the third amended complaint, Docket No. 73. Plaintiff responded to those motions, Docket No. 74, and filed a motion for leave to file the third amended complaint, Docket No. 75.

In light of the circumstances, the motion to strike (Docket No. 72) is **GRANTED**. The Clerk's Office is **INSTRUCTED** to strike the third amended complaint that was filed at Docket No. 71. The alternative motion to extend (Docket No. 73) is **DENIED** as moot. Defendant must respond to the motion for leave to file the third amended complaint (Docket No. 75), which the Court will resolve in the ordinary course.

IT IS SO ORDERED.

Dated: February 9, 2026

_____

Nancy J. Koppe
United States Magistrate Judge

---

[1] The Court liberally construes the filings of *pro se* litigants, particularly those who are prisoners bringing civil rights claims. *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).

1