AARON D. FORD
  Attorney General
SAMUEL L. PEZONE JR. (Bar No. 15978)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-4070 (phone)
(702) 486-3768 (fax)
Email: spezone@ag.nv.gov

*Attorneys for Defendant Jaymie Cabrera*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RODERICO LECOUNT YATES, | Case No. 2:23-cv-02008-CDS-NJK |
| Plaintiff, | |
| v. | **DEFENDANT'S MOTION FOR EXTENSION OF THE DEADLINE TO FILE DISPOSITIVE MOTIONS** |
| JAYMIE CABRERA, *et al.,* | **[FIRST REQUEST]** |
| Defendants. | |

Defendant, Jaymie Cabrera, hereby requests an extension of the current deadline to file dispositive motions. This is Defendant's first request for the subject extension.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.    LEGAL STANDARD**

To prevail on a motion to extend previous scheduling order deadlines, the moving party must show "good cause." Fed. R. Civ. P. 16(b)(4); LR 26-3. To demonstrate good cause, the party must show "that, even in the exercise of due diligence, [the parties were] unable to meet the timetable set forth in the order." *Cruz v. City of Anaheim*, CV-10-03997-MMM-JEMX, 2011 WL 13214312, at *2 (C.D. Cal. Dec. 19, 2011) (citing *Zivkovic v. Southern California Edison Co.*, 302 F.3d 1080, 1087 (9th Cir. 2002); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992)). Prejudice to the opposing party is a factor in determining good cause, though lack of prejudice is "not a prerequisite." *Id.*

///

///

## II.    ARGUMENT

Defendant seeks an extension of the deadline to file dispositive motions. Good cause is present for an additional 14-day extension of this deadline, until April 20, 2026.

Undersigned counsel seeks this extension in light of his recent ill health. Counsel has been consulting a gastroenterologist to diagnose various gastrointestinal issues, which has necessitated that counsel take sick leave once or twice a week for the past four weeks. Counsel underwent a colonoscopy on April 1, 2026, which thankfully proved negative for any cancerous or pre-cancerous causes of his condition.

The impact of counsel's illness has only been compounded by the departure of several of his colleagues, from whom undersigned counsel continues to inherit cases to triage. When not otherwise indisposed, counsel has been engaged in familiarizing himself with these cases, and in addressing several immediate deadlines therein. As a result, counsel has been unable to finalize Defendant's motion for summary judgment. An extension to April 20, 2026, will allow undersigned counsel adequate time to draft and finalize Defendant's dispositive motion. Plaintiff will likely not be prejudiced by this extension.

Accordingly, Defendant respectfully requests that the extension be granted for good cause shown. *See Ahanchian v. Xenon Pictures, Inc*., 624 F.3d 1253, 1260, (9th Cir. 2010) (holding that the "district court abused its discretion in denying party's timely motion" to extend time because the party "demonstrated the 'good cause' required by Rule 6, and because there was no reason to believe that [the party] was acting in bad faith or was misrepresenting his reasons for asking for the extension").

## III.    CONCLUSION

Defendant requests an extension of time until April 20, 2026, to file Defendant's dispositive motion. Good cause is present to extend this deadline.

DATED this 6th of April, 2026.

IT IS SO ORDERED.
Dated:  April 7, 2026
.
.

_____
Nancy J. Koppe
United States Magistrate Judge

AARON D. FORD
Attorney General

By: /s/ Samuel L. Pezone Jr._____
SAMUEL L. PEZONE JR. (Bar No. 15978)
Deputy Attorney General
*Attorneys for Defendant*