UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Roderico LeCount Yates,<br><br>            Plaintiff<br><br>v.<br><br>Jaymie Cabrera,<br><br>            Defendant | Case No. 2:23-cv-02008-CDS-NJK<br><br>**Order Granting Plaintiff's<br>Motion to Extend Time**<br><br>[ECF No. 91] |

Plaintiff Roderico LeCount Yates seeks a thirty-day extension of time to respond to the defendant Jaymie Cabrera's motion for summary judgment because receiving information from the law library takes a couple of days to process, which delays his ability to timely respond. ECF No. 91. The court finds that the plaintiff's request is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

IT IS THEREFORE ORDERED that the plaintiff's motion to extend time to file a response **[ECF No. 91] is GRANTED** nunc pro tunc. Yates's opposition is due June 11, 2026.

Dated: May 14, 2026

_____
Cristina D. Silva
United States District Judge