UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Roderico LeCount Yates,<br><br>                    Plaintiff<br><br>v.<br><br>Jaymie Cabrera,<br><br>                    Defendant | Case No. 2:23-cv-02008-CDS-NJK<br><br>**Order Granting Plaintiff's<br>Motion to Extend Time**<br><br>[ECF No. 93] |

Plaintiff Roderico LeCount Yates moves for a second extension of time to respond to defendant Jaymie Cabrera's motion for summary judgment, requesting an additional seven days, up to and including June 18, 2026. ECF No. 93. The court finds that the plaintiff's request for a brief extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause grant the motion.

IT IS THEREFORE ORDERED that the plaintiff's motion to extend time to file a response **[ECF No. 93] is GRANTED** nunc pro tunc. Yates's opposition is due June 29, 2026.[1]

Dated: June 23, 2026

_____
Cristina D. Silva
United States District Judge

---

[1] The court notes that Yates did not file his response by the June 18, 2026 deadline.