# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Roderico LeCount Yates,

      Plaintiff

v.

Jaymie Cabrera,

      Defendant

Case No. 2:23-cv-02008-CDS-NJK

**Order Granting Defendant's
Motion to Extend Time**

[ECF No. 96]

Defendant Jaymie Cabrera moves for a fourteen-day extension of time to file a reply in support of her motion for summary judgment citing a reduction in staff, an increased caseload, and the need to obtain an affidavit from Yates's case worker. Mot., ECF No. 96. I find that the defendant's request is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

It is therefore ordered that the defendant's motion to extend time to file a reply **[ECF No. 96] is granted nunc pro tunc**. The defendant's reply is due by July 21, 2026.

Dated: July 13, 2026

_____
Cristina D. Silva
United States District Judge